UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Matthew Little,                                    Case No. 3:24-cv-1107

        Plaintiff

   v.                                              ORDER OF DISMISSAL

Warden Tom Watson, et al.,

        Defendants

Plaintiff Matthew Little has filed a *pro se* prisoner complaint in this case for violation of civil rights.  (Doc. No. 1).  He did not pay the filing fee but instead filed an application to proceed *in forma pauperis*.  (Doc. No. 2).  But because Plaintiff did not file a certified copy of his prisoner account statement with his application as required, United States Magistrate Judge Darrell A. Clay correctly concluded his application to proceed *in forma pauperis* was deficient.  (Doc. No. 5).  Judge Clay ordered Plaintiff to either to pay the filing fee of $405 or to file a complete application to proceed *in forma pauperis,* including a certified copy of his prisoner account statement.  (*Id.*).  This September 12, 2024 Order, sent to Plaintiff at the address he provided, afforded Plaintiff 30 days from the date of the Order to comply and expressly notified him that his case may be dismissed without further notice if he failed to do either.

To date, Plaintiff has not complied with the Court's deficiency Order, and the mailing has not been returned as "undeliverable."  Accordingly, I now dismiss this action without prejudice for want of prosecution.  *See Davis v. United States*, 73 F. App'x 804 (6th Cir. 2003) (affirming dismissal of inmate's *in forma pauperis* action where inmate failed to comply with deficiency order); *May v. Pike*

*Lake State Park*, 8 F. App'x 507, 508 (6th Cir. 2001) (affirming dismissal of *pro se* case for want of prosecution where the plaintiff failed to comply with court's "readily comprehended" deficiency order).

I further certify, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this dismissal could not be taken in good faith.


So Ordered.


s/Jeffrey J. Helmick
United States District Judge